# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00307-CV

**John D. McCarroll, D.V.M., Appellant**

**v.**

**The Texas State Board of Veterinary Medical Examiners, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-07-004072, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant John D. McCarroll, D.V.M. filed a motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed: May 7, 2010